MICHAEL HOLECEK, SBN 281034
  mholecek@gibsondunn.com
LAUREN M. BLAS, SBN 296823
  lblas@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

MEGAN COONEY, SBN 295174
  mcooney@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220

Attorneys for Defendants
AMAZON.COM SERVICES LLC and
AMAZON LOGISTICS, INC. (erroneously sued as AMAZON FLEX, a business entity of unknown form)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO GARCIA PUENTES, on behalf of himself, and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM SERVICES LLC, a Delaware limited liability company; AMAZON FLEX, a business entity of unknown form; and DOES 1 through 20, inclusive,<br><br>    Defendants. | CASE NO. 2:21-cv-00414<br><br>**DECLARATION OF MICHAEL HOLECEK IN SUPPORT OF DEFENDANTS AMAZON.COM SERVICES LLC'S AND AMAZON LOGISTICS, INC.'S (ERRONEOUSLY SUED AS AMAZON FLEX, A BUSINESS ENTITY OF UNKNOWN FORM) NOTICE OF REMOVAL OF CLASS ACTION**<br><br>(Los Angeles County Superior Court Case No. 20STCV43846)<br><br>Action Filed: November 13, 2020<br>Trial Date: None Set |

Gibson, Dunn & Crutcher LLP

I, Michael Holecek, hereby declare and state:

1. I am an attorney duly licensed to practice law before all the courts of the State of California as well as the United States District Court for the Central District of California. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and am one of the attorneys representing Defendants Amazon.com Services LLC and Amazon Logistics, Inc. (erroneously sued as Amazon Flex, "a business entity of unknown form") in the above-entitled action. Unless otherwise stated, I have personal knowledge of the matters stated here, and if asked to testify to them, I would do so competently.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Summons in *Puentes v. Amazon.com Services LLC, et al.*, Case No. 20STCV43846, filed on November 13, 2020.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Class Action Complaint in *Puentes v. Amazon.com Services LLC, et al.*, Case No. 20STCV43846, filed on November 13, 2020.

4. Attached hereto as **Exhibit C** is a true and correct copy of the Civil Case Cover Sheet in *Puentes v. Amazon.com Services LLC, et al.*, Case No. 20STCV43846, filed on November 13, 2020.

5. Attached hereto as **Exhibit D** is a true and correct copy of the Civil Case Cover Sheet Addendum and Statement of Location in *Puentes v. Amazon.com Services LLC, et al.*, Case No. 20STCV43846, filed on November 13, 2020.

6. Attached hereto as **Exhibit E** is a true and correct copy of the Notice of Case Assignment – Unlimited Civil Case in *Puentes v. Amazon.com Services LLC, et al.*, Case No. 20STCV43846, filed on November 13, 2020.

7. Attached hereto as **Exhibit F** is a true and correct copy of the Initial Status Conference Order (Complex Litigation Program) in *Puentes v. Amazon.com Services LLC, et al.*, Case No. 20STCV43846, filed on December 9, 2020.

8. Attached hereto as **Exhibit G** is a true and correct copy of the Minute Order Regarding Newly Filed Class Action in *Puentes v. Amazon.com Services LLC, et al.*, Case No. 20STCV43846, filed on December 9, 2020.

9. Attached hereto as **Exhibit H** is a true and correct copy of the Clerk's Certificate of Mailing in *Puentes v. Amazon.com Services LLC, et al.*, Case No. 20STCV43846, filed on December 9, 2020.

10. Attached hereto as **Exhibit I** is a true and correct copy of the Notice of Service of Process as to Amazon.com Services LLC in *Puentes v. Amazon.com Services LLC, et al.*, Case No. 20STCV43846, reflecting that Plaintiff effected service of the Summons and Class Action Complaint on December 17, 2020.

11. In accordance with 28 U.S.C. § 1446(a), Exhibits A–I constitute "all process, pleadings, and orders served upon" Amazon in this action.

12. Attached hereto as **Exhibit J** is a true and correct copy of the Declaration of Alexa Harwysz in support of Defendants Amazon.com, Inc.'s and Amazon Logistics, Inc.'s Notice of Removal of Class Action, in *Diaz, et al. v. Amazon.com, Inc., et al.*, Case No. 3:20-cv-07792-VC, filed on November 4, 2020.

13. Attached hereto as **Exhibit K** is a true and correct copy of the Declaration of Zane Brown in support of Defendant Amazon.com Services LLC's (formerly known as Amazon.com Services, Inc.) Notice of Removal of Class Action, in *Clayborn v. Amazon.com Services Inc., et al.*, Case No. 5:20-cv-02368-JVS-SHK, filed on November 13, 2020.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that I executed this Declaration on January 15, 2021, at Los Angeles, California.

*/s/ Michael Holecek*
Michael Holecek

Gibson, Dunn & Crutcher LLP