| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Liliuokalani H. Martin (SBN 292778)<br>lmartin@younessilaw.com<br>Zekiah N. Wright (SBN 302170)<br>zwright@younessilaw.com<br>LAW OFFICES OF RAMIN R. YOUNESSI<br>A PROFESSIONAL LAW CORPORATION<br>3435 Wilshire Blvd. Suite 2200, Los Angeles, CA 90010<br>Telephone: (323) 777-7777 | |
| ATTORNEY(S) FOR: Plaintiff, Alejandro Garcia Puentes | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Alejandro Garcia Puentes, et al.<br><br>Plaintiff(s),<br>v.<br>Amazon.Com, et al.<br><br>Defendant(s) | CASE NUMBER:<br>2:21-cv-00414 FLA (SKx)<br><br>**CERTIFICATION AND NOTICE**<br>**OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Plaintiff Alejandro Garcia Puentes
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Alejandro Garcia Puentes | Plaintiff |
| Amazon.com Services LLC, a Delaware limited liability company | Defendant |
| Amazon Flex, a business entity of unknown form | Defendant |
| Amazon Logistics, Inc. | Defendant (Erroneously sued as Amazon Flex, a business entity of unknown form) |
| Amazon.com, Inc. | Owns 100% of Defendant Amazon.com Services LLC |

March 26, 2021
Date

/s/ Liliuokalani H. Martin
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Alejandro Garcia Puentes

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy described as **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** was on March 26, 2021, served upon all counsel of record electronically by the Court's Case Management System:

MICHAEL HOLECEK, SBN 281034          *Attorneys for Defendants*
mholecek@gibsondunn.com
LAUREN M. BLAS, SBN 296823
lblas@gibsondunn.com
MEGAN COONEY, SBN 295174
mcooney@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP

☒    BY NOTICE OF ELECTRONIC FILING: The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing automatically generated by CM/ECF at the time said document was filed and which constitutes service pursuant to FRCP 5(b)(2)(D).

Executed on March 26, 2021, at Los Angeles, California.

By: /s/ Gannon R. del Fierro